IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| RONALD SUTTON, #210657, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 2:05cv355-T |
| | ) | (WO) |
| SGT. MCKEE, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

There being no objections filed to the Recommendation of the Magistrate Judge filed herein on April 26, 2005, said Recommendation is hereby adopted, and it is the

ORDER, JUDGMENT and DECREE of the court that:

1. The plaintiff's claims arising from actions against him during his incarceration at the Bibb County Correctional Facility are DISMISSED without prejudice to the rights of the plaintiff to file a separate 42 U.S.C. § 1983 action in United States District Court for the Northern District of Alabama.

2. Cheryl Price, Capt. Freeman and Sgt. McKee are DISMISSED as parties to this cause of action.

3.  The plaintiff's claim challenging the destruction of his personal property during his confinement at the Kilby Correctional Facility is DISMISSED with prejudice in accordance with the directives of 28 U.S.C. § 1915(3)(2)(B)(I).

4.  The plaintiff's claim challenging the destruction of his legal materials at the Kilby Correctional Facility is REFERRED back to the Magistrate Judge for the further proceedings.

DONE, this the 17th day of May, 2005.

                                        /s/ Myron H. Thompson  
                               UNITED STATES DISTRICT JUDGE