IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| RONALD SUTTON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
| v. ) | 2:05cv355-MHT |
| ) | (WO) |
| TERRANCE McDONNELL, ) | |
| Warden, et al., ) | |
| ) | |
| Defendants. ) | |

OPINION

Pursuant to 42 U.S.C. § 1983, plaintiff, a state inmate, filed this lawsuit claiming denial of court access and retaliation.  This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that defendants' motions for summary judgment should be granted.  Also before the court are plaintiff's objections to the recommendation.  After an independent and de novo review of the record, the court concludes that plaintiff's objections should be overruled and the magistrate judge's recommendation adopted.

An appropriate judgment will be entered.

DONE, this the 10th day of August, 2007.


                     /s/ Myron H. Thompson
                    UNITED STATES DISTRICT JUDGE